IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:14-cr-00102-SAB |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| ERNEST M. GARCIA, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:**   Fraud and related activity in connection with computers, in violation of 18 U.S.C. § 1030(a)(2)(B)

**Sentence Date:**   June 19, 2014

**Review Hearing Date:**   April 2, 2015

**Probation Expires On:**   June 18, 2015

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $775.00, which Total Amount is made up of a Fine: $ 750.00; Special Assessment: $ 25.00; Processing Fee: $ 0.00; Restitution: $ 0.00.

☒ Payment schedule of $ 100.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☐ **Other Conditions:**

### COMPLIANCE:

☒ Defendant has complied with and completed all conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                     Amount:

☐ To date, Defendant has performed Click here to enter text.  hours of community service.

☐ Compliance with Other Conditions of Probation:

**GOVERNMENT POSITION:**

☒  The Government agrees to the above-described compliance.

☐  The Government disagrees with the following area(s) of compliance:

Government Attorney: Kenneth Jenq

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒  that the review hearing set for 4/2/2015 at 10:00 a.m.

  ☐  be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒  be vacated.

☒  Or, alternatively, that Defendant's appearance for the review hearing be waived.

DATED:  3/17/2015                               */s/ Erin Snider*
                                                         DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED.  The Court orders that the Review Hearing be vacated.

☐  DENIED.

DATED: **Mar 17, 2015**

**STANLEY A. BOONE**
United States Magistrate Judge